# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| ROBERT YOUNG, | : No. 167 EM 2014 |
| | : |
| Petitioner | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| COURT OF COMMON PLEAS | : |
| PHILADELPHIA COUNTY, ET AL, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of January, 2015, the Application for Leave to File Original Process and the Petition for Writ of Habeas Corpus are **DISMISSED**. See Commonwealth v. Ali, 10 A.3d 282, 293 (Pa. 2010) (hybrid representation improper). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.

A True Copy
As Of 1/6/2015

Attest: *[signature]*
John W. Person Jr., Esquire
Deputy Prothonotary
Supreme Court of Pennsylvania